

**ORDERED in the Southern District of Florida on April 27, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Ismael Milanes                                           Case No.: 25-25052-LMI
                                                                   Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF LVNV FUNDING, LLC / RESURGENT CAPITAL SERVICES

THIS MATTER having come to be heard without objection on the Chapter 13 consent calendar on April 14, 2026, upon Debtor's Objection to Claim of LVNV Funding, LLC / Resurgent Capital Services; claim #3 ("Objection") [ECF#21] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)